■ SAMUEL MARCIANO et al., Appellants, v GOLDOME FSB, Respondent.—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Ostrowski, J. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.